UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SO COOL EVENTS, INC.

    Plaintiff,

V.        Case No. 15-cv-00085-GAP-DAB

ICEBAR ORLANDO, LLC

    Defendant.

_____ /

## JOINT STIPULATION FOR DISMISSAL

 WHEREFORE, the parties stipulate to the foregoing and request that this Court approve the Joint Stipulation for Dismissal with Prejudice, ordering the Parties to comply therewith.

 IT IS HEREBY stipulated and agreed by SO COOL EVENTS, INC. ("Plaintiff") and ICEBAR ORLANDO, LLC, ("Defendant") that they come together with each and every of their predecessors, successors, parents, affiliates, subsidiaries, divisions, directors, officers, managers, employees and agents, whether present or former; as follows:

 WHEREAS, Plaintiff filed a complaint against Defendant alleging trademark infringement and related causes of action;

 WHEREAS, Plaintiff and Defendant have agreed to a settlement of this action; and have entered into a private and confidential settlement agreement;

NOW, THEREFORE, the parties agree to the following terms and conditions as a full and complete settlement of this matter:

1. The Plaintiff dismisses its claims against Defendant with prejudice.

2. The Parties shall comply with the terms of their settlement agreement, which shall remain confidential unless the Parties are legally required to produce it.

3. This Court shall retain jurisdiction to enforce the terms of this settlement.

Dated: December 16, 2015.

                                   Respectfully submitted,

                                   **RICK RUZ, PLLC**
                                   Counsel for Plaintiff.
                                   300 Sevilla Avenue, Suite 309
                                   Coral Gables, Florida 33134
                                   Telephone No. (305) 921-9326
                                   Facsimile No.   (888) 506-2833

                         By:   /s/ Rick Ruz, Esq._____
                                   Rick Ruz, Esq.
                                   Florida Bar No. 42090
                                   rickruz@ruzlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2015, the foregoing document is being served this day on all counsel of record identified in the attached Service List via e-mail and regular first class mail.

By: /s/ Rick Ruz

## SERVICE LIST

Benjamin C. Iseman, Esq
Swann, Hadley, Stump, Dietrich & Spears, P.A
P.O. Box 1961
Winter Park, Florida 32790
BIseman@swannhadley.com